479 A.2d 1129

Smolens, Appellant, v. Smolens et ux.

Argued March 27, 1984. Walter T. Redavid, for appellant; Mary Ann Rossi, for appellee.

Before BROSKY, WIEAND and McEWEN, JJ.

582

The support order of April 17, 1979 is modified by making it retroactive to September 16, 1977. As modified, the order is affirmed.